# Order

Michigan Supreme Court
Lansing, Michigan

September 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156901(46)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JENNIFER MARIE HAMMERLUND,
    Defendant-Appellant.

_____/

SC: 156901
COA: 333827
Kent CC: 15-009717-FH

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing her supplemental brief is GRANTED. The supplemental brief submitted on September 10, 2018, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2018



Clerk